**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00098-CR**
_____

**DYLAN GAUVIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-03-03475-CR**

**MEMORANDUM OPINION**

Dylan Gauvin filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2.

Gauvin and Gauvin's attorney signed the motion. *See id*.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

                                                                PER CURIAM

Submitted on April 19, 2022
Opinion Delivered April 20, 2022
Do Not Publish
Before Golemon, C.J., Horton and Johnson, JJ.

1